IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CAROLYN JENKINS | § | |
| v. | § | CIVIL ACTION NO. 9:06cv81 |
| COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY, ET AL. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Motion for Dismissal With Prejudice submitted by all parties be granted and that the complaint be dismissed with prejudice. No written objections have been filed. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion for Dismissal With Prejudice (document #4) is **GRANTED**. The complaint is hereby **DISMISSED** with prejudice. All motions not previously ruled on are **DENIED**.

So **ORDERED** and **SIGNED** this **23** day of **June, 2006.**

_____
Ron Clark, United States District Judge